**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000656
14-JAN-2026
07:55 AM
Dkt. 34 ORD**

NO. CAAP-25-0000656

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ALVIN K. KEAHI, Plaintiff-Appellee,
v.
AUDREY AGENA; et al., Defendants-Appellees,
and
MILTON K.C. CHING; et al., Interested Parties-Appellees,
and
KONA WONG KAPULE, Interested Person-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-24-0000077)

ORDER
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of Plaintiff-Appellee Alvin K. **Keahi**'s October 28, 2025 Motion to Dismiss Appeal, the papers in support and in opposition, and the record, it appears that Keahi seeks dismissal of the appeal filed by self-represented Defendant-Appellant Kona Wong **Kapule** for lack of jurisdiction.

Kapule appeals from the Circuit Court of the Fifth Circuit's August 28, 2025 oral order (**Oral Order**) denying his July 31, 2025 "Special Appearance and Motion to Quash Amended

Complaint."  A minute order is not an appealable order.  <u>Abrams v. Cades, Schutte, Fleming & Wright</u>, 88 Hawaiʻi 319, 321 n.3, 966 P.2d 631, 633 n.3 (1998).  However, even if the Oral Order was reduced to a written order, this court would nonetheless lack appellate jurisdiction because the Oral Order is not a decision that could be reduced to a final judgment, <u>see</u> Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; <u>Jenkins v. Cades Schutte Fleming & Wright</u>, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994), the Circuit Court has not granted Kapule leave for an interlocutory appeal under HRS § 641-1(b), and the Oral Order would not be independently appealable under the collateral-order or <u>Forgay</u>[1] doctrines.  <u>See</u> <u>Greer v. Baker</u>, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016) (setting forth the requirements for appealability under the collateral-order and <u>Forgay</u> doctrines); <u>cf.</u> <u>Brown v. Wong</u>, 71 Haw. 519, 795 P.2d 283 (1990) (holding that an order denying the State's motion to dismiss based on sovereign immunity is not an appealable collateral order).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed for lack of jurisdiction.

DATED: Honolulu, Hawaiʻi, January 14, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1] <u>Forgay v. Conrad</u>, 47 U.S. 201 (1848).